UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILL D. HAMILTON,

    Plaintiff,

v.                                                       CASE NO. 8:14-cv-3190-T-23AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

A February 11, 2016 report (Doc. 20) by Magistrate Judge Anthony E. Porcelli recommends a reversal of the Commissioner's decision and a remand of this action for further proceedings. No party objects.

The report and recommendation (Doc. 20) is **ADOPTED**. Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The clerk is directed (1) to enter judgment in favor of the plaintiff and against the Commissioner, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on March 4, 2016.

                                                                           STEVEN D. MERRYDAY
                                                            UNITED STATES DISTRICT JUDGE