UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILL D. HAMILTON,

    Plaintiff,

v.                                Case No:  8:14-cv-3190-T-23AEP

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act ("Motion") (Dkt. No. 23).  Plaintiff seeks attorneys' fees in the amount of $6,000.00 and costs in the amount of $400.00 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  On March 4, 2016, this Court entered an order reversing the decision of the Commissioner and remanding the case for further administrative proceedings (Dkt. No. 21).  Accordingly, as the prevailing party, Plaintiff now requests fees and costs.  Plaintiff's counsel certifies that the Defendant does not oppose the relief requested.  Accordingly, upon review of the Motion, it is hereby

**RECOMMENDED:**

1. Plaintiff's Motion (Dkt. No. 23) be **GRANTED**.

2. The Clerk of Court be directed to enter a judgment awarding the Plaintiff $6,000.00 in attorney's fees and costs in the amount of $400.00 against the Defendant.  Unless the Department of Treasury determines that the Plaintiff owes a federal debt, the

>Defendant must pay the fees and costs to the Plaintiff's counsel in accord with the Plaintiff's assignment of fees.

**IT IS SO REPORTED** in Tampa, Florida, on this 23rd day of May, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

cc:
Judge Steven D. Merryday
Counsel of record