UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILL D. HAMILTON,

    Plaintiff,

v.                                                    CASE NO. 8:14-cv-3190-T-23AEP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER**

The plaintiff moves (Doc. 23) unopposed for an attorney's fee. A May 9, 2016 order (Doc. 24) refers the motion for a report and recommendation. The magistrate judge recommends (Doc. 25) granting the motion and awarding the plaintiff an attorney's fee of $6,000.00 and costs of $400.00. Seventeen days has passed, and neither party objects. The report and recommendation (Doc. 25) is **ADOPTED**. The plaintiff's motion for an attorney's fee (Doc. 23) is **GRANTED**. The clerk is directed (1) to enter a judgment in favor of the plaintiff and against the defendant for an attorney's fee of $6,000.00 and costs of $400.00 and (2) to close the case.

ORDERED in Tampa, Florida, on June 16, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE